IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEONEL RAMIREZ GOMEZ,

    Defendant.

4:15CR3025

**ORDER**

IT IS ORDERED:

1) The motion of attorney Jessica Milburn to withdraw as counsel of record for the defendant, (filing no. 29), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Jessica Milburn from any future ECF notifications herein.

July 13, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge