IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEONEL RAMIREZ GOMEZ,<br><br>    Defendant. | 4:15CR3025<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to withdraw, (Filing No. 34), is granted, and Defendant's Motion for Disclosure of Identity of Informant, (Filing No. 33), is withdrawn.

2) An evidentiary hearing on Defendant's motion to suppress, (Filing No. 32), will be held before the undersigned magistrate judge on October 8, 2015, at 10:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

3) The defendant, defense counsel, and counsel for the government shall be present at this hearing.

4) Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

5) Trial of this case is continued pending the resolution of pretrial motions.

August 31, 2015.

                       BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge