IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LEONEL RAMIREZ GOMEZ,<br><br>              Defendant. | 4:15CR3025<br><br>ORDER |

IT IS ORDERED:

1) Defendant's unopposed motion to continue, (filing no. 36), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 32), will be held before the undersigned magistrate judge on November 17, 2015 at 10:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

September 17, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge