# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEONEL RAMIREZ GOMEZ,<br><br>    Defendant. | 4:15CR3025<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to withdraw, (Filing No. 38), is granted.

2) Defendant's motion to suppress, (Filing No. 32), is withdrawn.

3) A telephonic conference with the undersigned magistrate judge will be held on November 17, 2015 at 10:00 a.m. to discuss further case progression. Counsel for the government shall place the call.

November 16, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge